| | |
|---|---|
| 1 | BRYAN SCHWARTZ LAW |
| | BRYAN SCHWARTZ (SBN 209903) |
| 2 | HILLARY J. BENHAM-BAKER (SBN 265019) |
| | 180 Grand Avenue, Suite 1550 |
| 3 | Oakland, CA  94612 |
| | Telephone: (510) 444-9300 |
| 4 | Facsimile:  (510) 444-9301 |
| | Email: bryan@bryanschwartzlaw.com |
| 5 | Email: hillary@bryanschwartzlaw.com |

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
DAVID A. LOWE (SBN: 178811)
JOHN T. MULLAN (SBN 221149)
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
Email: dal@rezlaw.com
Email: jtm@rezlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTURES ROLLING CROSS COUNTRY, Inc., d/b/a ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:12-cv-00982-EMC<br><br>**STIPULATION REGARDING CONTINUING DEADLINES AND CASE MANAGEMENT CONFERENCE UNTIL AFTER THE COMPLETION OF PRIVATE MEDIATION**   ; ORDER<br><br>Courtroom 5, 17th Floor<br>Honorable Edward M. Chen |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, in light of the parties' scheduled private mediation with Barry Winograd on July 19, 2012, and in the interest of preserving resources pending the completion of this private mediation session, that the following deadlines and hearings in this matter be set as follows:

1. The case management conference in this matter, currently set for July 19, 2012, be continued to a date after August 1, 2012;

2. Plaintiffs' deadline for responding to Defendants' Amended Counterclaims shall be September 12, 2012;

3. Plaintiffs' deadline for responding to Defendants' Amended Answer shall be September 12, 2012.

Dated: June 26, 2012

By: */s/ Rocky C. Tsai*

Rocky C. Tsai

Attorneys for Defendants
ADVENTURES CROSS-COUNTRY
SCOTT VON ESCHEN

Dated: June 26, 2012

By: */s/ Hillary Benham-Baker*

Hillary Benham-Baker

Attorneys for Plaintiffs
PETER WRIGHT
MICHELLE TRAME

1

STIPULATION RE CONTINUING DEADLINES AND CMC
Case No. 4:12-cv-00982-EMC

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulation, above, is approved and adopted as the Order of this Court, as follows:

1. The case management conference in this matter, currently set for July 19, 2012, is hereby continued to __August 31__, 2012 at 9:00 a.m./ A joint case management statement is due by __August 24__, 2012;

2. Plaintiffs shall respond to Defendants' Amended Counterclaims shall on or before September 12, 2012;

3. Plaintiffs shall respond to Defendants' Amended Answer on or before September 12, 2012.

**IT IS SO ORDERED.** Plaintiffs' motion to strike (Docket #52) set for 7/19/12 is vacated.

Dated: June __28__, 2012

_____
Edward Chen
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**Case No. CV 12-00982 EMC**