1  Counsel Listed on the Following Page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURES ROLLING CROSS COUNTRY, Inc., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00982-EMC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, TOLL STATUTE OF LIMITATIONS, AND STAY DISCOVERY AND FILING DEADLINES   ORDER**<br><br>Courtroom 5, 17th Floor<br><br>Honorable Edward M. Chen |
| ADVENTURES ROLLING CROSS COUNTRY, Inc., d/b/a ADVENTURES CROSS COUNTRY (ARCC), a California Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>PETER WRIGHT and MICHELLE TRAME,<br><br>Counter-Defendants. | |

```
1   DONNA M. RUTTER (SBN 145704)
    drutter@chklawyers.com
2   MANI SHEIK (SBN 245487)
    msheik@chklawyers.com
3   CURIALE HIRSCHFELD KRAEMER LLP
    727 Sansome Street
4   San Francisco, CA 94111
    Telephone: (415) 835-9000
5   Facsimile: (415) 834-0443

6   Attorneys for Defendants
    ADVENTURES ROLLING CROSS COUNTRY, INC., SCOTT VON ESCHEN and Cross-
7   Claimant SCOTT VON ESCHEN

8   BRYAN SCHWARTZ LAW
    BRYAN SCHWARTZ (SBN 209903)
9   JEAN ROCHE (SBN 280450)
    180 Grand Avenue, Suite 1550
10  Oakland, CA 94612
11  Telephone: (510) 444-9300
    Facsimile: (510) 444-9301
12  Email: bryan@bryanschwartzlaw.com
    Email: hillary@bryanschwartzlaw.com
13
14  RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
    DAVID A. LOWE (SBN: 178811)
15  JOHN T. MULLAN (SBN 221149)
    351 California Street, Suite 700
16  San Francisco, CA 94104
    Telephone: (415) 434-9800
17  Facsimile: (415) 434-0513
    Email: dal@rezlaw.com
18  Email: jtm@rezlaw.com
19
    Attorneys for Plaintiffs-Counterclaim Defendants
20
21
...
28
```

TO THE COURT:

Plaintiffs PETER WRIGHT and MICHELLE TRAME and Defendants ADVENTURES ROLLING CROSS COUNTRY, Inc., SCOTT VON ESCHEN and Cross-Claimant SCOTT VON ESCHEN, by and through their respective counsel of record, herein agree and stipulate as follows:

## RECITALS

1. Counsel for Defendants and Cross-Claimant Adventures Rolling Cross Country, Inc., et al. filed a Notice of Appearance on August 24, 2012, having just substituted into this matter.
2. The parties previously conducted a mediation on July 19, 2012, which did not resolve this matter.
3. The parties have met and conferred and agreed that further attempts to resolve this matter are in order and the parties will participate in an informal discussion and possibly continued mediation within the next forty-five (45) days.
4. Accordingly, the parties are requesting the Case Management Conference currently set for August 31, 2012 be vacated and reset in accordance with the court's calendar an estimated 45 days after today's date.
5. Because the Plaintiffs are agreeing to postpone currently-scheduled depositions and discovery, which they intended to use to move promptly for conditional certification under the Fair Labor Standards Act (FLSA), and subject to a ticking statute of limitations under the FLSA, the parties also agree to toll the statute of limitations.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows, subject to Court approval:

1. That all proceedings in the case should be stayed pending the outcome of further settlement discussions anticipated to occur on or before September 30, 2012.

1

2. The parties agree to submit a joint report by no later than October 5, 2012 to advise the Court as to the status of the mediation efforts.

3. The parties agree that all discovery and filing deadlines be stayed pending this time. This includes, but is not limited to a stay of depositions, responsive pleadings, filing of FSLA conditional cert motion and any other outstanding discovery.

4. The parties agree that the FLSA statute of limitations be tolled for all purposes retroactive to August 16, 2012 (the day this agreement in principle was first reached between the parties) for all putative FLSA class members.

5. The CMC set for August 31, 2012 be vacated and continued to sometime after October 5, 2012, with a Joint CMC statement filed one week prior to the re-scheduled conference.

**IT IS SO STIPULATED.**

Dated: August 24, 2012

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP


By: /s/ *Donna M. Rutter*
      Donna M. Rutter
Attorneys for Defendants
ADVENTURES ROLLING CROSS COUNTRY, INC., SCOTT VON ESCHEN
and Cross-Claimant SCOTT VON ESCHEN

Dated: August 24, 2012

BRYAN SCHWARTZ LAW
RUDY EXELROD ZIEFF & LOWE, LLP


By: /s/ *Bryan J. Schwartz*
      Bryan J. Schwartz
Attorneys for Plaintiffs
PETER WRIGHT and MICHELLE TRAME

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.** The CMC is reset from 8/31/12 to 11/9/12 at 9:00 a.m. A joint CMC Statement shall be filed by 11/2/12.

Date: ___8/28___, 2012

Edward M. Chen
Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED

2