UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTURES ROLLING CROSS COUNTRY, Inc., d/b/a ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>―――<br><br>ADVENTURES ROLLING CROSS COUNTRY, Inc., d/b/a ADVENTURES CROSS COUNTRY (ARCC), a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PETER WRIGHT and MICHELLE TRAME,<br><br>Counter-Defendants. | CASE NO. 3:12-cv-00982 EMC<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF GIBSON, DUNN & CRUTCHER LLP AS COUNSEL FOR DEFENDANTS** |

Having considered the Notice of Withdrawal of Gibson, Dunn & Crutcher LLP as counsel for Defendants Adventures Rolling Cross Country, Inc. and Scott von Eschen (collectively, "Defendants"), and the Notice of Appearance of Curiale, Hirschfeld & Kramer LLP as substitute counsel for Defendants, and good cause appearing pursuant to Civil Local Rule 11-5,

IT IS HEREBY ORDERED that Gibson, Dunn & Crutcher LLP is hereby permitted to withdraw as counsel for Defendants.

Dated: 8/29/12



HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER RE WITHDRAWAL OF COUNSEL – CASE NO. 3:12-CV-00982 EMC

Gibson, Dunn & Crutcher LLP