1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> ADVENTURES ROLLING CROSS COUNTRY, Inc., d/b/a ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 4:12-cv-00982-EMC <br><br> **[PROPOSED] ORDER PERMITTING WITHDRAWAL OF ROPES & GRAY LLP AS COUNSEL FOR DEFENDANTS** <br><br> [Civil L.R. 11-5] <br><br> Courtroom 5, 17th Floor <br> **HONORABLE EDWARD M. CHEN** |

1

Having considered the Notice of Withdrawal of Ropes & Gray LLP as counsel for Defendants Adventures Rolling Cross Country, Inc. and Scott von Eschen (collectively, "Defendants"), and the Notice of Appearance of Curiale, Hirschfeld & Kramer LLP as substitute counsel for Defendants, and good cause appearing pursuant to Civil Local Rule 11-5,

**IT IS HEREBY ORDERED** that Ropes & Gray LLP is hereby permitted to withdraw as counsel for Defendants.

**IT IS SO ORDERED**.

Dated: 8/29/12

_____
Honorable Edward M. Chen
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*