1 | Counsel listed on the following page.

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00982-EMC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]** Modified<br><br>**Judge:** Edward M. Chen<br>**Ctrm:** 5, 17th Floor<br><br>**Case Management Conference:**<br>November 9, 2012, 9:00 a.m. |
| **AND RELATED COUNTER ACTION** | |

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. 3:12-CV-00982-EMC

4822-1418-0369

REED E. SCHAPER (SBN 082792)
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986
Email: rschaper@hkemploymentlaw.com

KRISTIN L. OLIVEIRA (SBN 204384)
HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
Email: koliveira@hkemploymentlaw.com

*Attorneys for Defendants and Counterclaimant
ADVENTURES ROLLING CROSS COUNTRY, INC.,
dba ADVENTURES CROSS COUNTRY (ARCC) and
Defendant SCOTT VON ESCHEN*

BRYAN SCHWARTZ LAW
BRYAN SCHWARTZ (SBN 209903)
JEAN ROCHE (SBN 280450)
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
Email: jean@bryanschwartzlaw.com

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
DAVID A. LOWE (SBN 178811)
JOHN T. MULLAN (SBN 221149)
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: dal@rezlaw.com
Email: jtm@rezlaw.com

*Attorneys for Plaintiffs and Counter-Defendants*

///

2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. 3:12-CV-00982-EMC

TO THE COURT:

Plaintiffs PETER WRIGHT and MICHELLE TRAME ("Plaintiffs") and Defendants ADVENTURES ROLLING CROSS COUNTRY, INC., SCOTT VON ESCHEN and Cross-Claimant SCOTT VON ESCHEN ("Defendants"), by and through their respective counsel of record, herein agree and stipulate as follows:

## RECITALS

1. The current counsel of record for Defendants filed a Notice of Appearance on October 4, 2012, having recently substituted into this matter to represent Defendants.

2. The parties now respectfully request that the Case Management Conference currently set for November 9, 2012 be vacated and re-scheduled in accordance with the court's calendar one week later, to November 16, 2012. There is good cause for this brief continuance because Defendants' counsel of record, Reed E. Schaper, who recently substituted in as counsel, has a previously-scheduled appearance in Southern California on November 9, 2012.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows, subject to Court approval, that the Case Management Conference set for November 9, 2012 be vacated and continued to November 16, 2012 at 9:00 a.m., with a Joint Case Management Statement filed one week prior to the re-scheduled conference.

IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | Dated: October 17, 2012 | HIRSCHFELD KRAEMER LLP |
| 2 | | |
| 3 | | By: /s/ Kristin L. Oliveira |
| 4 | | Reed E. Schaper<br>Kristin L. Oliveira |
| 5 | | Attorneys for Defendants<br>ADVENTURES ROLLING CROSS |
| 6 | | COUNTRY, INC., dba ADVENTURES<br>CROSS COUNTRY (ARCC) and SCOTT |
| 7 | | VON ESCHEN |
| 8 | Dated: October 16, 2012 | BRYAN SCHWARTZ LAW<br>RUDY EXELROD ZIEFF & LOWE, LLP |

By: /s/ Bryan J. Schwartz
Bryan J. Schwartz
Attorneys for Plaintiffs
PETER WRIGHT and MICHELLE TRAME

### [~~PROPOSED~~] ORDER

Pursuant to the parties' Joint Stipulation, it is so ordered that the Case Management Conference is re-scheduled from November 9, 2012 to November ~~16~~ 15, 2012 at 9:00 a.m. A Joint Case Management Conference statement shall be filed by November ~~9~~ 8, 2012.

Dated: October 22, 2012      By: _____
                                Edward M. Chen
                                Judge, United States District Court

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen