UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00982-EMC<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL OF COUNTERCLAIMS**<br><br><br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |
| **AND RELATED COUNTER ACTION** | |

///

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

1  Having read and considered Counterclaimant ADVENTURES ROLLING CROSS
2  COUNTRY, INC. dba ADVENTURES CROSS COUNTY (ARCC) and Counter-Defendants
3  PETER WRIGHT and MICHELLE TRAME's Joint Stipulation for Dismissal of Counterclaims,
4  IT IS HEREBY ORDERED that ARCC's counterclaims (Docket Nos. 44 and 70) are hereby
5  dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(c).

**IT IS SO ORDERED.**

Dated: October __26__, 2012



_____
 ARD M. CHEN
DISTRICT COURT

2
[PROPOSED] ORDER RE: JOINT STIP FOR DISMISSAL OF COUNTERCLAIMS
CASE NO. 3:12-CV-00982-EMC

4823-7578-5489