UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WRIGHT, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>ADVENTURES ROLLING CROSS COUNTRY, INC., *et al.*,<br><br>           Defendants.<br>_____/ | No. C-12-0982 EMC<br><br>**ORDER RE BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

   As ordered by the Court, the parties filed their cross-motions for summary judgment on February 28, 2013. Because the cross-motions deal with the same issue -- *i.e.*, whether ARCC is an organized camp -- the Court does not see the necessity of having the full briefing as originally ordered.

   The Court shall permit the parties to file full opposition briefs but shall limit the parties' reply briefs. Each party shall file a reply brief no longer than seven (7) pages.

   IT IS SO ORDERED.

Dated: March 5, 2013

_____
EDWARD M. CHEN
United States District Judge