1 | Counsel listed on the following page.

2
3
4
5
6
7
8
9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT

12 | SAN FRANCISCO DIVISION

13

14 | PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,

Case No. 3:12-cv-00982-EMC

Plaintiffs,

vs.

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [PR~~OP~~OSED ORDER]**

ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,

**Judge:** Edward M. Chen
**Ctrm:** 5, 17th Floor

**Current Hearing Date:**
June 27, 2013, 1:30 p.m.

Defendants.

1 | REED E. SCHAPER (SBN 082792)
HIRSCHFELD KRAEMER LLP
2 | 233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
3 | Telephone: (310) 255-0705
Facsimile: (310) 255-0986
4 | Email: rschaper@hkemploymentlaw.com

5 | KRISTIN L. OLIVEIRA (SBN 204384)
HIRSCHFELD KRAEMER LLP
6 | 505 Montgomery Street, 13th Floor
San Francisco, CA 94111
7 | Telephone: (415) 835-9000
Facsimile: (415) 834-0443
8 | Email: koliveira@hkemploymentlaw.com

9 | *Attorneys for Defendants*
*ADVENTURES ROLLING CROSS COUNTRY, INC.,*
10 | *dba ADVENTURES CROSS COUNTRY (ARCC) and*
*SCOTT VON ESCHEN*

11

12 | BRYAN SCHWARTZ LAW
BRYAN SCHWARTZ (SBN 209903)
13 | MICHAEL THOMAS (SBN 226129)
1330 Broadway, Suite 1630
14 | Oakland, CA 94612
Telephone: (510) 444-9300
15 | Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
16 | Email: michael@bryanschwartzlaw.com

17 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
DAVID A. LOWE (SBN 178811)
18 | JOHN T. MULLAN (SBN 221149)
351 California Street, Suite 700
19 | San Francisco, CA 94104
Telephone: (415) 434-9800
20 | Facsimile: (415) 434-0513
Email: dal@rezlaw.com
21 | Email: jtm@rezlaw.com

22 | *Attorneys for Plaintiffs*

23

24

25

26

27 | ///

28

2

JOINT STIP TO CONTINUE HEARING ON PLTFS' MT FOR CLASS CERT;
[PROPOSED] ORDER; CASE NO. 3:12-CV-00982-EMC

4829-1560-0404

TO THE COURT:

Plaintiffs PETER WRIGHT and MICHELLE TRAME ("Plaintiffs") and Defendants ADVENTURES ROLLING CROSS COUNTRY, INC., and SCOTT VON ESCHEN ("Defendants"), by and through their respective counsel of record, herein agree and stipulate as follows:

**RECITALS**

1. Plaintiffs filed their Motion for Class Certification May 22, 2013. The court-ordered deadline for Defendants to file an Opposition or Response to the Motion is June 5, 2013. See ECF Document 127.

2. Defendants make the following representations as the basis for their request to postpone the hearing and the opposition deadline:

- Due to other previously-scheduled meetings and appearances, Defendants' counsel of record is not available until approximately May 30, 2013, and thus unable to devote the necessary time and attention to Defendants' Opposition until May 30, 2013.

- The busiest time of year for Adventures-Rolling Cross Country (ARCC) is from May to August, when ARCC staff trains their Trip Leaders, prepares the Trip Leaders for the international and domestic trips, frequently communicates with the Trip Leaders while they are leading the trips, and conducts a three-day post-trip debriefing upon the Leaders' return in the months of July and August.

- The President of Adventures-Rolling Cross Country, Defendant Scott von Eschen, will be out of the office with limited email and telephone access from May 29, 2013 to June 7, 2013. Thereafter, Mr. von Eschen must lead and participate in staff training and preparation days for ARCC's Trip Leaders until approximately June 21, 2013, during which time he will not be readily available via email or telephone, nor will Mr. von Eschen have internet access. It is expected that Mr. von Eschen will participate in the strategy and decisions in the development of Defendants' Opposition, and thus be available to Defendants' counsel.

3. For the foregoing reasons, Defendants request a brief three-week continuance of

3

1  the hearing on Plaintiffs' Motion for Class Certification and the deadline to file their response to
2  the Motion.
3      4.   Plaintiffs will not oppose Defendants' request based upon Defendants'
4  representation that this will be the only extension request and that this matter will be submitted
5  not later than July 18, 2013.
6      5.   Plaintiffs further will not oppose Defendants' request based upon the
7  understanding that the statute of limitations under 29 U.S.C. §216(b) remains tolled, pursuant to
8  the parties' prior stipulation, such that putative FLSA class members are not prejudiced by the
9  brief delay.
10
11                          **STIPULATION**
12     NOW, THEREFORE, based upon the foregoing representations and agreements, Plaintiffs
13  and Defendants hereby agree and stipulate as follows, subject to Court approval, that the hearing
14  on Plaintiffs' Motion for Class Certification set for June 27, 2013 be vacated and continued to
15  **July ~~18, 2013~~** 25 at 1:30 p.m.
16     Defendants' Opposition and Response to Plaintiffs' Motion for Class Certification is due
17  **July 3, 2013**. Plaintiff's Reply is due July 10, 2013.
18     IT IS SO STIPULATED:

1 | Dated: May 30, 2013            HIRSCHFELD KRAEMER LLP

By: /s/ Kristin L. Oliveira
      Reed E. Schaper
      Kristin L. Oliveira
Attorneys for Defendants
ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC) and SCOTT VON ESCHEN

Dated: May 30, 2013            BRYAN SCHWARTZ LAW
RUDY EXELROD ZIEFF & LOWE, LLP

By: /s/ *Bryan Schwartz*
      Bryan J. Schwartz
Attorneys for Plaintiffs
PETER WRIGHT and MICHELLE TRAME

///

# [~~PROP~~OSED] ORDER

Pursuant to the parties' Joint Stipulation, it is so ordered that the hearing on Plaintiffs' Motion for Class Certification is re-scheduled from June 27, 2013 to **July ~~18~~ 25, 2013** at 1:30 p.m.

Defendants' response to Plaintiffs' Motion for Class Certification is due by **July 3, 2013**. Plaintiffs' reply is due by **July 10, 2013**.

Dated: May 31, 2013

By: _____
Judge Edward M. Chen
United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

6
JOINT STIP TO CONTINUE HEARING ON PLTFS' MT FOR CLASS CERT;
[PROPOSED] ORDER; CASE NO. 3:12-CV-00982-EMC

4829-1560-0404