1 | Counsel listed on the following page.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00982-EMC<br><br>**STIPULATION TO CONTINUE DEADLINE FOR JOINT SUPPLEMENTAL BRIEF**<br><br>**Judge:** Edward M. Chen<br>**Ctrm:** 5, 17th Floor<br><br>Current Deadline: July 15, 2013<br>Proposed Deadline: July 22, 2013 |

| | |
|---|---|
| 1 | REED E. SCHAPER (SBN 082792)<br>HIRSCHFELD KRAEMER LLP |
| 2 | 233 Wilshire Boulevard, Suite 600<br>Santa Monica, CA  90401 |
| 3 | Telephone:  (310) 255-0705<br>Facsimile:  (310) 255-0986 |
| 4 | Email: rschaper@hkemploymentlaw.com |
| 5 | KRISTIN L. OLIVEIRA (SBN 204384)<br>HIRSCHFELD KRAEMER LLP |
| 6 | 505 Montgomery Street, 13th Floor<br>San Francisco, CA  94111 |
| 7 | Telephone:  (415) 835-9000<br>Facsimile:  (415) 834-0443 |
| 8 | Email: koliveira@hkemploymentlaw.com |
| 9 | *Attorneys for Defendants*<br>*ADVENTURES ROLLING CROSS COUNTRY, INC.,* |
| 10 | *dba ADVENTURES CROSS COUNTRY (ARCC) and*<br>*SCOTT VON ESCHEN* |
| 11 | |
| 12 | BRYAN SCHWARTZ LAW<br>BRYAN SCHWARTZ (SBN 209903) |
| 13 | MICHAEL THOMAS (SBN 226129)<br>1330 Broadway, Suite 1630 |
| 14 | Oakland, CA 94612<br>Telephone:  (510) 444-9300 |
| 15 | Facsimile:  (510) 444-9301<br>Email:  bryan@bryanschwartzlaw.com |
| 16 | Email:  michael@bryanschwartzlaw.com |
| 17 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P.<br>DAVID A. LOWE (SBN 178811) |
| 18 | JOHN T. MULLAN (SBN 221149)<br>351 California Street, Suite 700 |
| 19 | San Francisco, CA  94104<br>Telephone:  (415) 434-9800 |
| 20 | Facsimile:  (415) 434-0513<br>Email: dal@rezlaw.com |
| 21 | Email: jtm@rezlaw.com |
| 22 | *Attorneys for Plaintiffs* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  TO THE COURT:

2  Plaintiffs PETER WRIGHT and MICHELLE TRAME ("Plaintiffs") and Defendants
3  ADVENTURES ROLLING CROSS COUNTRY, INC., and SCOTT VON ESCHEN
4  ("Defendants"), by and through their respective counsel of record, herein agree and stipulate as
5  follows:

6  **RECITALS**

7  1. The Court has required that the parties meet and confer and file a joint
8  supplemental brief regarding the proposed class notice and consent form by July 15, 2013 (ECF
9  Doc. 134);

10  2. The parties are actively engaged in settlement discussions on issues that impact the
11  contents of the joint supplemental brief;

12  3. The parties respectfully request more time to meet and confer on the issues raised
13  by the Court in its Order dated July 8, 2013;

14

15  **STIPULATION**

16  NOW, THEREFORE, based upon the foregoing statements, Plaintiffs and Defendants
17  hereby agree and stipulate as follows, subject to Court approval, that the deadline to file a joint
18  supplemental brief regarding the proposed class notice and consent form be continued to **July 22,**
19  **2013**.

20  IT IS SO STIPULATED:

| | |
|---|---|
| Dated: July 12, 2013 | HIRSCHFELD KRAEMER LLP |
| | By: */s/ Kristin L. Oliveira* |
| | Reed E. Schaper |
| | Kristin L. Oliveira |
| | Attorneys for Defendants |
| | ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC) and SCOTT VON ESCHEN |
| Dated: July 12, 2013 | BRYAN SCHWARTZ LAW |
| | RUDY EXELROD ZIEFF & LOWE, LLP |
| | By: */s/ Bryan J. Schwartz* |
| | Bryan J. Schwartz |
| | Attorneys for Plaintiffs |
| | PETER WRIGHT and MICHELLE TRAME |

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline for the Parties to file a joint supplemental brief regarding the proposed class notice and consent form be extended to **July 22, 2013**. July 19, 2013 by 4:00 p.m.

Dated: July 15, 2013

By: _____
Judge Edward M. Chen
District Court



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen