1 Counsel listed on the following page.

2

3

4

5

6

7

8

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT

12 SAN FRANCISCO DIVISION

13

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00982-EMC<br><br>**STIPULATION TO CONTINUE DEADLINE FOR SUBMISSION OF JOINT SUPPLEMENTAL BRIEF**<br><br>**Judge:** Edward M. Chen<br>**Ctrm:** 5, 17th Floor<br><br>Current Deadline: July 18, 2013<br>Proposed Deadline: July 25, 2013 |

STIP./PROPOSED ORDER TO CONT. DEADLINE FOR SUBMISSION OF JOINT SUPP. BRIEF
CASE NO. 3:12-CV-00982-EMC

1  REED E. SCHAPER (SBN 082792)
   HIRSCHFELD KRAEMER LLP
2  233 Wilshire Boulevard, Suite 600
   Santa Monica, CA 90401
3  Telephone: (310) 255-0705
   Facsimile: (310) 255-0986
4  Email: rschaper@hkemploymentlaw.com

5  KRISTIN L. OLIVEIRA (SBN 204384)
   HIRSCHFELD KRAEMER LLP
6  505 Montgomery Street, 13th Floor
   San Francisco, CA 94111
7  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
8  Email: koliveira@hkemploymentlaw.com

9  *Attorneys for Defendants*
   *ADVENTURES ROLLING CROSS COUNTRY, INC.,*
10 *dba ADVENTURES CROSS COUNTRY (ARCC) and*
   *SCOTT VON ESCHEN*
11

12 BRYAN SCHWARTZ LAW
   BRYAN SCHWARTZ (SBN 209903)
13 MICHAEL THOMAS (SBN 226129)
   1330 Broadway, Suite 1630
14 Oakland, CA 94612
   Telephone: (510) 444-9300
15 Facsimile: (510) 444-9301
   Email: bryan@bryanschwartzlaw.com
16 Email: michael@bryanschwartzlaw.com

17 RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
   DAVID A. LOWE (SBN 178811)
18 JOHN T. MULLAN (SBN 221149)
   351 California Street, Suite 700
19 San Francisco, CA 94104
   Telephone: (415) 434-9800
20 Facsimile: (415) 434-0513
   Email: dal@rezlaw.com
21 Email: jtm@rezlaw.com

22 *Attorneys for Plaintiffs*

23

24

25

26

27

28

TO THE COURT:

Plaintiffs PETER WRIGHT and MICHELLE TRAME ("Plaintiffs") and Defendants ADVENTURES ROLLING CROSS COUNTRY, INC., and SCOTT VON ESCHEN ("Defendants"), by and through their respective counsel of record, herein agree and stipulate as follows:

## **RECITALS**

1.     The Court has previously ordered that the parties meet and confer and file a joint supplemental brief regarding the proposed class notice and consent form by July 15, 2013 and then July 26, 2013 (ECF Doc. 134);

2.     The Court granted the parties an extension to July 19, 2013 and then subsequently to July 26, 2013 to file a joint supplemental brief and a proposed class notice because the parties advised the court that they were actively engaged in settlement discussions (*See* Court Orders at ECF 136, ECF 138);

3.     The parties have remained thoroughly engaged in advanced and meaningful settlement discussions, which have continued with direct communication nearly daily and has included exchanges of proposed final deal term sheets as recently as July 18 and July 24, 2013;

4.     The parties' settlement negotiations have also involved third-party banks and bankruptcy counsel, and as such are more complex and lengthier than merely bilateral talks. A draft Memorandum of Understanding is being prepared, and a conference call is set for Monday, July 29, to continue, and hopefully complete, the negotiations;

5.     Once the parties conclude these discussions, the contents of the proposed notice to class members will be able to be completed, and if an agreement is reached, the joint or unopposed Motion for Preliminary Approval will be scheduled for hearing as soon as possible, hopefully with less than the 35 days' time needed to notice a contested motion;

6.     In view of these continued settlement developments, the parties respectfully request a brief additional extension of time to meet and confer regarding contents of the proposed class notice and consent form and to file a joint supplemental brief, if the matter does not resolve, or to notify the Court of a settlement and seek approval, if it does.

**STIPULATION**

NOW, THEREFORE, based upon the foregoing statements, Plaintiffs and Defendants hereby agree and stipulate as follows, subject to Court approval, that the deadline to file a joint supplemental brief regarding the proposed class notice and consent form, if the matter does not settle, be continued to **August 5, 2013.** If the matter does settle, the parties will notify the Court of a settlement by that date, finalize settlement documents amongst themselves, and file a preliminary approval motion not later than **August 16, 2013**.

IT IS SO STIPULATED:

Dated: July 26, 2013                                HIRSCHFELD KRAEMER LLP


By: */s/ Kristin L. Oliveira*
      Reed E. Schaper
      Kristin L. Oliveira
Attorneys for Defendants
ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC) and SCOTT VON ESCHEN


Dated: July 26, 2013                                BRYAN SCHWARTZ LAW
                                                    RUDY EXELROD ZIEFF & LOWE, LLP


By: */s/ Bryan J. Schwartz*
      Bryan J. Schwartz
Attorneys for Plaintiffs
PETER WRIGHT and MICHELLE TRAME

1 **[PR~~OPO~~SED] ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline for the Parties to file a joint supplemental brief regarding the proposed class notice and consent form be extended to **August 5, 2013**, if the matter does not settle, and if the matter does settle, that the parties will notify the Court of a settlement by that date and file a preliminary approval motion not later than **August 16, 2013**.

Dated: July 29, 2013

By: _____
M. Chen
States District Court



---

STIP**.**/PROPOSED ORDER TO CONT. DEADLINE FOR SUBMISSION OF JOINT SUPP. BRIEF
CASE NO. 3:12-CV-00982-EMC