1 | Counsel listed on the following page.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER WRIGHT and MICHELLE TRAME, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURES ROLLING CROSS COUNTRY, INC., dba ADVENTURES CROSS COUNTRY (ARCC), a California Corporation, SCOTT VON ESCHEN, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00982-EMC<br><br>Assigned to Judge Edward M Chen<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING STIPULATION TO PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT**<br><br>Initial Complaint Filed: February 17, 2012 |

**STIPULATION & [PROPOSED] ORDER**           **Case No. CV 12-00982 EMC**

HIRSCHFELD KRAEMER LLP
Reed E. Schaper (SBN 082792)
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986
Email: rschaper@hkemploymentlaw.com

HIRSCHFELD KRAEMER LLP
Kristin L. Oliveira (SBN 204384)
505 Montgomery Street, 13th Floor
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443
Email: koliveira@hkemploymentlaw.com

*Attorneys for Defendants*

BRYAN SCHWARTZ LAW
Bryan Schwartz (SBN 209903)
William C. Weeks (SBN 289984)
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone:  (510) 444-9300
Facsimile:  (510) 444-9301
Email:  bryan@bryanschwartzlaw.com
Email:  bill@bryanschwartzlaw.com

RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
David A. Lowe (SBN 178811)
John T. Mullan (SBN 221149)
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513
Email: dal@rezlaw.com
Email: jtm@rezlaw.com

*Attorneys for Plaintiffs*

**STIPULATION AND [PROPOSED] ORDER**   1   **Case No. CV 12-00982 EMC**

# STIPULATION

Plaintiffs Peter Wright and Michelle Trame ("Plaintiffs") and Defendants Adventures Rolling Cross Country, Inc. ("ARCC") and Scott Von Eschen (collectively, "Defendants"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs' Initial Complaint was filed on February 17, 2012;

WHEREAS, Plaintiffs have informed Defendants that Plaintiffs desire to file a First Amended Complaint ("FAC") adding a cause of action under the Private Attorneys General Act of 2004, California Labor Code Section 2698, *et seq.*;

WHEREAS, Plaintiffs and Defendants signed Memorandum of Understanding ("MOU") on August 2, 2013, agreeing to settle this case, and the Parties agreed in the MOU that Plaintiffs would file the instant Amended Complaint contemporaneously with the filing of an Unopposed Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, Plaintiffs have provided Defendants with a redline showing the manner in which the FAC differs from the original complaint (a copy of the redline is attached hereto as Ex. A);

WHEREAS Federal Rule of Civil Procedure 15 states: "[A] party may amend its pleading only with the opposing party's written consent or the court's leave";

WHEREAS Defendants consented in the MOU and hereby consent again in writing to the filing of the FAC;

THEREFORE, it is hereby stipulated and agreed as follows:

Defendants consent to Plaintiffs' filing of the FAC (attached hereto as Ex. B), and Plaintiffs shall proceed to file the FAC upon execution and filing of this stipulation.

1 | Dated: August 16, 2013

BRYAN SCHWARTZ LAW

*/s/ Bryan Schwartz*
Bryan Schwartz, Bar No. 209903
Attorney for Plaintiffs

Dated: August 16, 2013

HIRSCHFELD KRAEMER LLP

*/s/ Reed E. Schaper*
Reed E. Schaper, Bar No. 082792
Attorney for Defendants

**STIPULATION AND [PROPOSED] ORDER**  3  **Case No. CV 12-00982 EMC**

# [PROPOSED] ORDER

The Court, having considered the stipulation agreed to by Plaintiffs Peter Wright and Michelle Trame ("Plaintiffs") and Defendants Adventures Rolling Cross Country, Inc. ("ARCC") and Scott von Eschen (collectively, "Defendants") to the filing of a First Amended Complaint, and finding good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

Plaintiffs are granted leave to file the First Amended Complaint.

**IT IS SO ORDERED**

Dated: ___8/20___ 2013



The Honorable Edward M. Chen
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER**      4      **Case No. CV 12-00982 EMC**