1  BRYAN SCHWARTZ LAW
   BRYAN SCHWARTZ (SBN 209903)
2  WILLIAM C. WEEKS (SBN 289984)
   1330 Broadway, Ste. 1630
3  Oakland, CA  94612
   Telephone: (510) 444-9300
4  Facsimile:  (510) 444-9301
   Email: bryan@bryanschwartzlaw.com
5
   RUDY, EXELROD, ZIEFF & LOWE, LLP
6  DAVID A. LOWE (SBN 178811)
   JOHN T. MULLAN (SBN 221149)
7  351 California Street, Suite 700
   San Francisco, CA  94104
8  Telephone: (415) 434-9800
   Facsimile:  (415) 434-0513
9  Email: dal@rezlaw.com
   Email: jtm@rezlaw.com
10
11  Attorneys for Plaintiffs
    Peter Wright and Michelle Trame
12  and the Putative Class
13
                    UNITED STATES DISTRICT COURT
14           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
15

16  PETER WRIGHT and MICHELLE TRAME,
    individually, on behalf of all others similarly    Case No. CV 12-00982 EMC
17  situated, and on behalf of the general public,

18               Plaintiffs,                            **REQUEST FOR ADDITIONAL TIME**
                                                        **TO PROVIDE SUPPLEMENTAL**
19         v.                                           **STATEMENT IN SUPPORT OF**
                                                        **MOTION FOR PRELIMINARY**
20  ADVENTURES ROLLING CROSS                            **APPROVAL OF CLASS ACTION**
    COUNTRY, Inc., dba ADVENTURES                       **SETTLEMENT**  ; ORDER
21  CROSS COUNTRY (ARCC), a California                                  19
    Corporation, SCOTT VON ESCHEN, and                  Date:     September 12, 2013
22  DOES 1 through 50 inclusive                         Time:     1:30 p.m.
                                                        Place:    Courtroom 5, 17th Floor
23               Defendants.                                      Hon. Edward M. Chen
24  _____/
25
26
27
28

1      On August 29, 2012, when the undersigned was traveling on another matter, the Court

2 entered an order requesting supplemental briefing regarding the motion for preliminary approval

3 of the class action settlement in this matter. The undersigned will be out of the office for the

4 Jewish Rosh Hashanah holiday starting this afternoon, until Monday, September 10, 2013. Co-

5 counsel David Lowe, and the associate principally working on this matter with me at my firm,

6 William Weeks, were both traveling internationally during the time the order requesting

7 additional information was issued, and will be traveling the remainder of this week. The response

8 requested requires significant coordination with Defendants' counsel, and that Defendants'

9 counsel provide extensive additional information, which I believe will require additional time to

10 make available.

11      Accordingly, I request until September 12, 2013, to submit the supplemental briefing in

12 support of preliminary approval for the Court's consideration.

13 I declare under penalty of perjury that the foregoing is true and correct.

14

15 Executed on September 4, 2013

16 Oakland, California                 */s/ Bryan J. Schwartz*
                              Bryan J. Schwartz

17

18 IT IS SO ORDERED that the supplemental briefing shall be filed by September 11, 2013.

19

20 _____

Edward M. Chen

21 United States Dist



22

23

24

25

26

27

28

       1        Request for Additional Time to Provide Supplemental Statement in Support of
Preliminary Approval Motion;
*Wright v. Adventures Rolling Cross Country*
CV 12-00982 EMC